UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL HERNANDEZ, JR., | No. C 11-02762 MEJ |
| Plaintiff, | **ORDER VACATING CMC** |
| v. | |
| WHOLESALE AMERICA MORTGAGE, INC., et al., | |
| Defendants. | |

The above-captioned matter is currently scheduled for a Case Management Conference on September 15, 2011. However, there is no indication that any of the named defendants have been served and Plaintiff has not filed any documents since his initial complaint. Accordingly, the Court VACATES the September 15 c.m.c. and ORDERS Plaintiff Michael Hernandez, Jr. to file a case status report by September 22, 2011.

**IT IS SO ORDERED.**

Dated: September 8, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HERNANDEZ JR.,

    Plaintiff,

v.

WHOLESALE AMERICA MORTGAGE INC. et al,

    Defendant.

Case Number: CV11-02762 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Hernandez
652 Rice Street
Brentwood, CA 94513

Dated: September 8, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk