UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL HERNANDEZ, JR.,<br><br>            Plaintiff,<br><br>    v.<br><br>WHOLESALE AMERICA MORTGAGE, INC., et al.,<br><br>            Defendants.<br>_____/ | No. C 11-02762 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On September 8, 2011, the Court vacated the Case Management Conference in this matter and ordered Plaintiff Michael Hernandez, Jr. to file a case status report by September 22, 2011. Dkt. No. 3. As Plaintiff failed to respond, and there is still no indication that any of the defendants have been served, the Court ORDERS Plaintiff Michael Hernandez, Jr. to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a declaration by December 15, 2011. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on December 29, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff fails to file a responsive pleading, he is hereby informed that the Court may dismiss the case without a hearing. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: December 2, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HERNANDEZ JR.,

    Plaintiff,

v.

WHOLESALE AMERICA MORTGAGE INC. et al,

    Defendant.

Case Number: CV11-02762 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Hernandez
652 Rice Street
Brentwood, CA 94513

Dated: December 2, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk