UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL HERNANDEZ, JR., <br><br> Plaintiff, <br> v. <br><br> WHOLESALE AMERICA MORTGAGE, INC., et al., <br><br> Defendants. | No. C 11-02762 MEJ <br><br> **ORDER FOR CLERK OF COURT TO REASSIGN CASE** <br><br> **REPORT & RECOMMENDATION** |

On September 8, 2011, the Court vacated the Case Management Conference in this matter and ordered Plaintiff Michael Hernandez, Jr. to file a case status report by September 22, 2011. Dkt. No. 3. As Plaintiff failed to respond, the Court subsequently ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Dkt. No. 4. The Court ordered Plaintiff to file a declaration by December 15, 2011. The Court warned Plaintiff that if he failed to file a responsive pleading, the Court may dismiss the case without a hearing. Plaintiff failed to respond.

Under Federal Rule of Civil Procedure 41(b), failure to comply with a court order can warrant dismissal. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). In "determining whether to dismiss a case for failure to comply with a court order, the district court must weigh five factors including '(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives.'" *Id.* at 1260-61 (quoting *Thompson v. Housing Auth.*, 782 F.2d 829, 831 (9th Cir. 1986)). Here, there is no indication that any defendants have been served, and Plaintiff failed to comply with court orders and deadlines, failed to respond to the order to show cause, and has made no appearance in this matter since filing the complaint. Thus, the Court finds that the *Ferdik* factors weigh in favor of dismissal.

1    Accordingly, because Plaintiff has yet to consent to the undersigned's jurisdiction, the Court
2 hereby ORDERS the Clerk of Court to reassign this case to a district court judge.  The undersigned
3 RECOMMENDS that the newly-assigned judge dismiss this case for failure to prosecute and failure
4 to comply with the Court's deadlines and orders.
5    Pursuant to Federal Rule of Civil Procedure 72, Plaintiff may serve and file objections to this
6 Report and Recommendation within 14 days after being served.
7    **IT IS SO ORDERED.**

9 Dated: December 19, 2011
10                                                                    _____
                                                                      Maria-Elena James
                                                                      Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HERNANDEZ JR.,

    Plaintiff,

v.

WHOLESALE AMERICA MORTGAGE INC. et al,

    Defendant.

Case Number: CV11-02762 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Hernandez
652 Rice Street
Brentwood, CA 94513

Dated: December 19, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3