IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ, JR., | No. C 11-02762 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| WHOLESALE AMERICA MORTGAGE, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., J.P. MORGAN CHASE BANK, N.A., and CALIFORNIA RECONVEYANCE COMPANY, | |
| Defendants. | |

This foreclosure action was reassigned to the undersigned judge on December 20, 2011. Prior to reassignment, the previously assigned magistrate judge vacated the case management conference because there was no indication that any named defendants had been served. *Pro se* plaintiff Michael Hernandez was ordered to file a case status report (Dkt. No. 3). He failed to do so. Mr. Hernandez was then ordered to show cause why his case should not be dismissed for failure to prosecute (Dkt. No. 4). He failed to respond. The previously assigned magistrate judge issued a report and recommendation to dismiss the case for failure to prosecute. No objections have been filed.

Mr. Hernandez is hereby **ORDERED TO SHOW CAUSE** why he has not timely served defendants and why his case should not be dismissed for failure to prosecute. Mr. Hernandez

must file a written response to this order **BY NOON ON JANUARY 30, 2012**. If no response is filed, the case will be dismissed for lack of prosecution. *See* FRCP 41(b).

**IT IS SO ORDERED.**



Dated: January 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE